IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 9:24-cr-885 |
|---|---|
| vs. | |
| CARLIN M. KRAUSE | **ORDER FOR BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the defendant, **CARLIN M. KRAUSE**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

November 12, 2024
Charleston, South Carolina

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By: s/ Cole Shannon
_____
W. Cole Shannon (#13240)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Telephone: (843) 727-4381